**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| **HELEN BAKER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| **v.** ) | |
| ) | **Civil Action No.: 6:11-cv-00158-GFVT** |
| **AEGIS RECEIVABLES** ) | |
| **MANAGEMENT, INC.** ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

**NOTICE OF PENDING SETTLEMENT**

Defendant, Aegis Receivables Management, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and state that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

REMINGER CO., L.P.A.

/s/ Shea W. Conley
Shea W. Conley, Esq.
269 West Main Street | Suite 700
Lexington, Kentucky 40507
Phone: 859-233-1311
Fax: 859-233-1312
Email: sconley@reminger.com

*Counsel for Defendant,*
*Aegis Receivables Management, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of December, 2011, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Lee Cassie Yates
Krohn & Mos, LTD
10 N. Dearborn Avenue, 3rd Floor
Chicago, IL 60602
Fax: 866-289-0898
Email: cyates@consumerlawcenter.com

/s/ Shea W. Conley
Shea W. Conley