**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL NO: 6:11-cv-00158**

HELEN BAKER, *Plaintiff*

vs.

**SATISFACTION OF JUDGMENT**

AEGIS RECEIVABLES MANAGEMENT, INC., *Defendant*

On December 2, 2011, Plaintiff accepted Defendant's Rule 68 Offer of Judgment. Defendant has fully satisfied the provisions of the Rule 68 Offer of Judgment. Accordingly, the parties request all future dates to be stricken as moot.

DATED: February 13, 2012                    Respectfully Submitted,

                                            By: /s/Lee Cassie Yates
                                            Lee Cassie Yates – Atty No. 91821
                                            Attorney for Plaintiff
                                            KROHN & MOSS, LTD.
                                            10 N. Dearborn Street, 3rd Floor
                                            Chicago, IL 60602
                                            (312) 578-9428

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            By: /s/Lee Cassie Yates
                                                Lee Cassie Yates