UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| HELEN BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 11-158-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | **ORDER** |
| AEGIS RECEIVABLES MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised that Plaintiff accepted Defendant's Federal Civil Procedure Rule 68 Offer of Judgment, [R. 11, Ex. 1] it is hereby **ORDERED** as follows:

1. Judgment is entered in favor of Helen Baker against Aegis Receivables Management, Inc. in accordance with the Offer of Judgment submitted by Aegis Receivables [R. 11, Ex. 1]; and

2. This is a **FINAL and APPEALABLE** Judgment and there is no just cause for delay.

This 4th day of April, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge